IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KEVIN ARTHUR LARSON, JR., #1833235 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv103 |
| AMY WESTBROOK | § | |

ORDER OF DISMISSAL

Plaintiff Kevin Arthur Larson, Jr., an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love who issued a Report and Recommendation (Dkt. #59), which contains proposed findings of fact and recommendations for the disposition of such action. The Report has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. The court, therefore, adopts the findings and conclusions of the Report as the findings and conclusions of the court. It is therefore

**ORDERED** that Defendant's motion for summary judgment (Dkt. #41) is **GRANTED**. It is further

**ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice. All motions not previously ruled on are **DENIED**.

**SIGNED** this the 12 day of **March, 2019.**

_____
Thad Heartfield
United States District Judge